

**IN THE COURT OF CRIMINAL APPEALS**
**OF TEXAS**

**NO. WR-87,447-02**

**IN RE STATE OF TEXAS, EX REL. SHAREN WILSON, Relator**

**ON PETITION FOR A WRIT OF MANDAMUS**
**IN CAUSE NO. 1287820X1**
**IN THE COUNTY CRIMINAL COURT NO. 10 FROM TARRANT COUNTY**

*Per curiam.*

**O R D E R**

Relator filed a petition for a writ of mandamus pursuant to the original jurisdiction of this Court. The petition requests that we issue a writ of mandamus in the underlying case, ordering the statutory county court to reform its judgment, which ordered less than the full amount of a bail bond, to reflect the full amount of the bond. The intermediate court of appeals has denied Relator's mandamus application without explanation. *In re Sharen Wilson, Criminal District Attorney, Tarrant County, Texas* 02-17-00369-CV (Tex. App.—Fort Worth Dec. 19, 2017)(not designated for publication).

It appears that Relator may be entitled to relief. TEX. CODE CRIM. PRO. Art. 22.02; *State ex rel. Vance v. Routt*, 571 S.W.2d 903 (Tex. Crim. App. 1978). This Court orders that the respondent, the Honorable Phil Sorrells, Judge of the County Criminal Court No. 10 of Tarrant County, file a response with this Court. The real parties in interest, defendant Miguel Rincon Gamboa and surety Rene Flores may also submit responses. The motion for leave to file a petition for a writ of mandamus will be held in abeyance until the respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: February 28, 2018
Do Not Publish